**UNITED STATES COURT OF INTERNATIONAL TRADE**         **FORM  1**

Voith US Inc.

                                        **Plaintiff,**

     **v.**

**UNITED STATES,**

                                        **Defendant.**

**S U M M O N S**

**Court No.**   1:24-cv-29

**TO:**   The Attorney General and the Secretary of Homeland Security:

      **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



**/s/ Mario Toscano**
Clerk of the Court

## PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | See Attached Schedule | Center (if known): | No CEE is assigned |
| Protest Number: | See Attached Schedule | Date Protest Filed: | See Attached Schedule |
| Importer: | Voith US, Inc. (39-2042166F1) | Date Protest Denied: | See Attached Schedule |
| Category of Merchandise: | | | |

## ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 160123106680 | (lead entry) | | | | |
| Full information on | attached schedule | | | | |
| | | | | | |
| | | | | | |

Gregory Husisian, Esq.
Foley & Lardner LLP
3000 K St., NW, Suite 600
Washington, DC  20007
202.945.6149/ghusisian@foley.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| | | | | |

### Other

**State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:**

Plaintiff challenges the liquidation of the subject entries on the Attached Schedule, specifically the classification used by Customs in denying the protest against liquidation. Plaintiffs also challenge the reasoning used by Customs in denying the protest for Lead Entry 16012310680.

**The issue which was common to all such denied protests:**

The classification used by Customs and paid by Plaintiffs, or that otherwise will become due on importations of identical or similar merchandise, is based upon an incorrect classification, resulting in the assessment of duties at a higher rate for these entries.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

**Gregory Husisian**   Digitally signed by Gregory Husisian
Date: 2024.02.06 08:23:14 -05'00'

*Signature of Plaintiff's Attorney*

02/06/2024

*Date*

Form 1-3

## SCHEDULE OF PROTESTS

No CEE is currently
assigned.
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| See Attached | Schedule | | | | | |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)